JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEE THON,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN et al,<br>Respondent. | Case No. 5:26-cv-03529-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting the Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Vee Thon (A-Number 027-738-154)** on his prior OSUP; and Respondents are enjoined from re-detaining Petitioner absent a material change in circumstances and full compliance with 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(1), and due process.

Dated: July 24, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge